UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| In re: GUTHRIE, INC. | § Case No. 08-17856 |
| | § |
| MAGAZINE, T/A HARP | § |
| Debtor(s) | § |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on June 13, 2008. The undersigned trustee was appointed on June 13, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        77,788.08

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 6,714.64 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1] | $    71,073.44 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 11/18/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,139.40. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,139.40, for a total compensation of $7,139.40. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $3,931.00, for total expenses of $3,931.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: NOV 18 2009    By:/s/Janet M. Nesse
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 08-17856
Case Name: GUTHRIE, INC.
Period Ending: 09/10/09

Trustee: (730060) Janet M. Nesse
Filed (f) or Converted (c): 06/13/08 (f)
§341(a) Meeting Date: 07/16/08
Claims Bar Date: 11/18/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS | 49,627.54 | 49,627.54 | | 59,784.56 | FA |
| 2 | Accounts Receivable | 142,909.99 | 142,909.99 | | 17,946.62 | FA |
| 3 | Subscription List | Unknown | Unknown | DA | 0.00 | FA |
| 4 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES<br>    Furniture & Fixtures, CD Case, Wall Clips | 1,493.00 | 1,493.00 | DA | 0.00 | FA |
| 5 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES<br>    Phone System 50%, Banners, Stereo Receiver | 704.50 | 704.50 | DA | 0.00 | FA |
| 6 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>    Computers, Laptops, Printers, Drives, Memory, Monitors, Palm PDA and Imac Art Dept | 18,936.00 | 18,936.00 | DA | 0.00 | FA |
| 7 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>    Software | 3,728.00 | 3,728.00 | DA | 0.00 | FA |
| 8 | Tax Refund  (u) | 2.24 | 2.24 | | 2.24 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 54.66 | Unknown |
| 9 | Assets    Totals (Excluding unknown values) | $217,401.27 | $217,401.27 | | $77,788.08 | $0.00 |

Major Activities Affecting Case Closing:

    Tax returns prepared.
    Ready to close.
    100% payment anticipated.

Initial Projected Date Of Final Report (TFR):   December 31, 2008      Current Projected Date Of Final Report (TFR):   December 31, 2009

Printed: 09/10/2009 12:09 PM    V.11.52

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-17856 | | Trustee: | Janet M. Nesse (730060) |
|---|---|---|---|---|
| Case Name: | GUTHRIE, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****80-65 - Money Market Account |
| Taxpayer ID #: | 52-2277751 | | Blanket Bond: | $2,000,000.00  (per case limit) |
| Period Ending: | 09/10/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/18/08 | {1} | Guthrie Inc | Close out of bank account | 1129-000 | 59,784.56 | | 59,784.56 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 2.45 | | 59,787.01 |
| 09/02/08 | {2} | Curtis Circulation Company LLC | Accounts Receivable | 1121-000 | 821.36 | | 60,608.37 |
| 09/02/08 | {2} | Curtis Circulation Company | Accounts Receivable - VCH 153586 | 1121-000 | 96.18 | | 60,704.55 |
| 09/02/08 | {2} | Curtis Circulation Company | Accounts Receivable - VCH 156485 | 1121-000 | 3,294.35 | | 63,998.90 |
| 09/02/08 | {2} | Willie's American Guitars, Inc. | Accounts Receivable - INV# 3784 | 1121-000 | 667.00 | | 64,665.90 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 8.38 | | 64,674.28 |
| 10/02/08 | {2} | Podium Music, Etc.LTD | Customer Account ID:  330-Podium01 | 1121-000 | 252.45 | | 64,926.73 |
| 10/02/08 | {2} | Kill Rock Stars | Customer Account ID:  100-Killrs01 - Statement Date:  July 15, 2008 | 1121-000 | 500.00 | | 65,426.73 |
| 10/02/08 | {2} | Burnside Distribution Corp. | Customer Account ID:  100-Burnside01 - Statement Date:  July 15, 2008 | 1121-000 | 1,458.00 | | 66,884.73 |
| 10/02/08 | {2} | MusicYo.com | Monies owed | 1121-000 | 1,377.00 | | 68,261.73 |
| 10/02/08 | {2} | Willies American Guitars, Inc. | Inv# 3854 | 1121-000 | 667.00 | | 68,928.73 |
| 10/02/08 | {2} | Curtis Circlation Company, LLC | Accounts Reveivable | 1121-000 | 285.45 | | 69,214.18 |
| 10/02/08 | {2} | Curtis Circulation Company, LLC | Accounts Reveivable | 1121-000 | 80.90 | | 69,295.08 |
| 10/02/08 | {8} | US Treasury | Credit to account | 1224-000 | 2.24 | | 69,297.32 |
| 10/08/08 | {2} | M.R.I. Associated Labels Megaforce | Accounts Reveivable | 1121-000 | 930.00 | | 70,227.32 |
| 10/15/08 | {2} | Concord Music Group | Accounts Receivable | 1121-000 | 1,270.00 | | 71,497.32 |
| 10/15/08 | {2} | Oarfin Distribution, Inc dba Pockering Enterprises | Accounts Receivable | 1121-000 | 890.00 | | 72,387.32 |
| 10/15/08 | {2} | Mint Records | Accounts Revevable - W010408-2 | 1121-000 | 200.00 | | 72,587.32 |
| 10/15/08 | {2} | World's Fair Label Group, Inc. | Accounts Receivable - Invoice# 003785 | 1121-000 | 1,000.00 | | 73,587.32 |
| 10/15/08 | {2} | Rounder Records | Accounts Receivable - Invoice# 003834 | 1121-000 | 625.00 | | 74,212.32 |
| 10/27/08 | {2} | New West Records | Accounts Receivable | 1121-000 | 1,377.00 | | 75,589.32 |
| 10/27/08 | {2} | Elderly Instruments | Accounts Receivable | 1121-000 | 204.93 | | 75,794.25 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | 7.74 | | 75,801.99 |
| 11/18/08 | | Mint Records | Accounts Revevable - W010408-2 - Canadian Check | | 160.00 | | 75,961.99 |
| | {2} | | 200.00 | 1121-000 | | | 75,961.99 |
| | | | Fees Charged by Bank        -40.00 for Collection from Non-US Banking Institution | 2990-000 | | | 75,961.99 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1000% | 1270-000 | 5.95 | | 75,967.94 |
| 12/09/08 | {2} | Mint Records | Reversed Deposit 100014 1 Accounts Reveivable - W010408-2 | 1121-000 | -200.00 | | 75,767.94 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 5.37 | | 75,773.31 |
| | | | | Subtotals : | $75,773.31 | $0.00 | |

{} Asset reference(s)

Printed: 09/10/2009 12:09 PM    V.11.52

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-17856 | | Trustee: | Janet M. Nesse (730060) |
|---|---|---|---|---|
| Case Name: | GUTHRIE, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****80-65 - Money Market Account |
| Taxpayer ID #: | 52-2277751 | | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 09/10/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/14/09 | {2} | Wilkes Community College Endowment Corporation | Payment | 1121-000 | 450.00 | | 76,223.31 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.10 | | 76,226.41 |
| 02/26/09 | 1001 | MRSC Insurance Partners, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2009 FOR CASE #08-17856, Chap. 7 Blanket Bond - Policy# 8215-38-69 - Acct.# Nesse-5-1001 | 2300-000 | | 58.14 | 76,168.27 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.90 | | 76,171.17 |
| 03/30/09 | {2} | Dean Markley | Accounts Receivable | 1121-000 | 1,500.00 | | 77,671.17 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.31 | | 77,674.48 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.16 | | 77,677.64 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.06 | | 77,680.70 |
| 06/17/09 | | To Account #********8066 | Transfer to Pay Accountant for Trustee - Fees and Expenses - Per Order Entered 6/17/09 | 9999-000 | | 6,616.50 | 71,064.20 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.26 | | 71,067.46 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.99 | | 71,070.45 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.99 | | 71,073.44 |
| | | | ACCOUNT TOTALS | | 77,748.08 | 6,674.64 | $71,073.44 |
| | | | Less: Bank Transfers | | 0.00 | 6,616.50 | |
| | | | Subtotal | | 77,748.08 | 58.14 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $77,748.08 | $58.14 | |

{} Asset reference(s)

Printed: 09/10/2009 12:09 PM    V.11.52

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-17856 | | Trustee: | Janet M. Nesse (730060) |
| Case Name: | GUTHRIE, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****80-66 - Checking Account |
| Taxpayer ID #: | 52-2277751 | | Blanket Bond: | $2,000,000.00  (per case limit) |
| Period Ending: | 09/10/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/17/09 | | From Account #********8065 | Transfer to Pay Accountant for Trustee - Fees and Expenses - Per Order Entered 6/17/09 | 9999-000 | 6,616.50 | | 6,616.50 |
| 06/17/09 | 101 | Larry Strauss Esq. & Associates | Accountant for Trustee Fees - Per Order Entered 6/17/2009 | 3410-000 | | 6,531.50 | 85.00 |
| 06/17/09 | 102 | Larry Strauss Esq. & Associates | Accountant for Trustee Expenses - Per Order Entered 6/17/2009 | 3420-000 | | 85.00 | 0.00 |

|  |  |  |  |
|---|---:|---:|---:|
| ACCOUNT TOTALS | 6,616.50 | 6,616.50 | $0.00 |
| Less: Bank Transfers | 6,616.50 | 0.00 | |
| Subtotal | 0.00 | 6,616.50 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $6,616.50 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---:|---:|---:|
| MMA # ***-*****80-65 | 77,748.08 | 58.14 | 71,073.44 |
| Checking # ***-*****80-66 | 0.00 | 6,616.50 | 0.00 |
| | $77,748.08 | $6,674.64 | $71,073.44 |

{} Asset reference(s)     Printed: 09/10/2009 12:09 PM    V.11.52

Printed: 09/10/09 12:09 PM                                                                                              Page: 1

# Claims Register

### Trustee: Janet M. Nesse (730060)

**Case:** 08-17856 GUTHRIE, INC.

| Claim Number | Date Filed | Claim Type | Claimant Name / <Category>, Priority | Amount Filed | Amount Allowed |
|---|---|---|---|---|---|
| | 06/13/08 | Admin Ch. 7 | Janet M. Nesse<br>1150 18th Street, N.W.<br>Suite 800<br>Washington, DC 20036<br><br><2100-00   Trustee Compensation>, 200 | $7,139.40 | $7,139.40 |
| | | **Claim Memo:** | | | |
| | 06/13/08 | Admin Ch. 7 | Stinson Morrison Hecker LLP<br>1150 18th St., NW<br>Suite. 800<br>Washington, DC 20036<br><br><3110-00   Attorney for Trustee Fees (Trustee Firm)>, 200 | $5,957.00 | $5,957.00 |
| | 06/13/08 | Admin Ch. 7 | Stinson Morrison Hecker LLP<br>1150 18th St., NW<br>Suite. 800<br>Washington, DC 20036<br><br><3120-00   Attorney for Trustee Expenses (Trustee Firm)>, 200 | $42.40 | $42.40 |
| | 06/13/08 | Admin Ch. 7 | Janet M. Nesse<br>1150 18th Street, N.W.<br>Suite 800<br>Washington, DC 20036<br><br><2200-00   Trustee Expenses>, 200 | $3,931.00 | $3,931.00 |
| 1 | 08/28/08 | Priority | J. Krieger Associate<br>PO Box 216<br>Clarks Summit, PA 18411<br><br><5300-00   Wages>, 510 | $1,894.71 | $1,894.71 |
| 2 | 08/28/08 | Unsecured | Jeff Tamarkin<br>623 Garden St.<br>Hoboken, NJ 07030<br><br><7100-00   General Unsecured § 726(a)(2)>, 610 | $680.00 | $680.00 |
| 3 | 08/28/08 | Unsecured | Salvatore Ribera<br>PO Box 522<br>Wakefield, RI 02880-0522<br><br><7100-00   General Unsecured § 726(a)(2)>, 610 | $10.00 | $10.00 |
| 4 | 09/02/08 | Unsecured | Rodger Cambria<br>420 South Catalina Avenue<br>Apt. #314<br>Redondo Beach, CA 90277<br><br><7100-00   General Unsecured § 726(a)(2)>, 610 | $1,500.00 | $1,500.00 |

Printed:  09/10/09 12:09 PM

Page:  2

# Claims Register

### Trustee: Janet M. Nesse (730060)

**Case:** 08-17856  GUTHRIE, INC.

| Claim Number | Date Filed | Claim Type | Claimant Name / <Category>, Priority | Amount Filed | Amount Allowed |
|---:|---|---|---|---:|---:|
| 5 | 09/02/08 | Unsecured | Jeffrey Kowalski<br>5825 Lakeshore Drive<br>Newaygo, MI 49337-9025 | $11.65 | $11.65 |
|  |  |  | <7100-00   General Unsecured § 726(a)(2)>,  610 |  |  |
| 6 | 09/02/08 | Unsecured | Jeremie Ryckewaert<br>8812 Central Avenue NE<br>Blaine, MN 55434-3319 | $19.99 | $19.99 |
|  |  |  | <7100-00   General Unsecured § 726(a)(2)>,  610 |  |  |
| 7 | 09/02/08 | Unsecured | Harrington Studio<br>2923 Berry Hill Drive<br>Nashville, TN 37204 | $500.00 | $500.00 |
|  |  |  | <7100-00   General Unsecured § 726(a)(2)>,  610 |  |  |
| 8 | 09/02/08 | Unsecured | Alex Rutt<br>1189 Elm Avenue<br>Lancaster, PA 17603-4844 | $20.00 | $20.00 |
|  |  |  | <7100-00   General Unsecured § 726(a)(2)>,  610 |  |  |
| 9 | 09/05/08 | Unsecured | Amanda Friedman, Inc.<br>7095 Hollywood Blvd.<br>Apt.#348<br>Hollywood, CA 90028 | $175.00 | $175.00 |
|  |  |  | <7100-00   General Unsecured § 726(a)(2)>,  610 |  |  |
| 10 | 09/08/08 | Unsecured | Amy Nappi<br>PO Box 655<br>Lake Placid, NY 12946-0655 | $19.95 | $19.95 |
|  |  |  | <7100-00   General Unsecured § 726(a)(2)>,  610 |  |  |
| 11 | 09/08/08 | Unsecured | Mike Murphy<br>106 West 81st<br>Apt.#6<br>New York, NY 10024-5902 | $10.00 | $10.00 |
|  |  |  | <7100-00   General Unsecured § 726(a)(2)>,  610 |  |  |
| 12 | 09/08/08 | Unsecured | Roxie Wade<br>3803 Jewell St.<br>Apt.#4<br>San Diego, CA 92109-6409 | $32.95 | $32.95 |
|  |  |  | <7100-00   General Unsecured § 726(a)(2)>,  610 |  |  |

# Claims Register

### Trustee: Janet M. Nesse (730060)

**Case:** 08-17856 GUTHRIE, INC.

| Claim Number | Date Filed | Claim Type | Claimant Name / \<Category\>, Priority | Amount Filed | Amount Allowed |
|---|---|---|---|---|---|
| 13 | 09/08/08 | Unsecured | Bruce Schurman<br>2319 Windham Court<br>North Gower ON K0A 2T0 | $27.95 | $27.95 |
| | | | \<7100-00   General Unsecured § 726(a)(2)\>, 610 | | |
| 14 | 09/09/08 | Unsecured | Keith Welle<br>3400 25th Avenue West<br>Apt.#301<br>Seattle, WA 97199-2247 | $34.95 | $34.95 |
| | | | \<7100-00   General Unsecured § 726(a)(2)\>, 610 | | |
| 15 | 09/09/08 | Unsecured | Mark Greenhouse<br>1301 Delaware Avenue SW<br>Apt.#351N<br>Washington, DC 20014-3955 | $25.00 | $25.00 |
| | | | \<7100-00   General Unsecured § 726(a)(2)\>, 610 | | |
| 16 | 09/10/08 | Unsecured | Bill Spicer<br>626 South Belmont<br>Arlington Hts., IL 60005-2630 | $36.00 | $36.00 |
| | | | \<7100-00   General Unsecured § 726(a)(2)\>, 610 | | |
| 17 | 09/11/08 | Unsecured | Jim Speros<br>4210 East Marion Way<br>Phoenix, AZ 85018-1148 | $34.95 | $34.95 |
| | | | \<7100-00   General Unsecured § 726(a)(2)\>, 610 | | |
| 18 | 09/11/08 | Unsecured | Allen Pasternak<br>2141 Colquitt<br>Houston, TX 77098-3310 | $0.00 | $15.29 |
| | | | \<7100-00   General Unsecured § 726(a)(2)\>, 610 | | |
| 19 | 09/11/08 | Unsecured | Steve Rosen<br>2906 Utopia Place<br>Cincinnati, OH 45208 | $390.00 | $390.00 |
| | | | \<7100-00   General Unsecured § 726(a)(2)\>, 610 | | |
| 20 | 09/12/08 | Priority | Lisa Littlefield<br>5 Garden Park Circle NW<br>Albuquerque, NM 87107-2620 | $50.00 | $50.00 |
| | | | \<5600-00   Deposits\>, 580 | | |
| 21 | 09/15/08 | Unsecured | Brett Rash<br>1133 South County Road<br>Apt.# 300 East<br>Kokomo, IN 46902 | $0.00 | $17.46 |
| | | | \<7100-00   General Unsecured § 726(a)(2)\>, 610 | | |

Printed: 09/10/09 12:09 PM                                                                                                              Page: 4

# Claims Register

### Trustee: Janet M. Nesse (730060)

**Case:** 08-17856  GUTHRIE, INC.

| Claim Number | Date Filed | Claim Type | Claimant Name / <Category>, Priority | Amount Filed | Amount Allowed |
|---|---|---|---|---|---|
| 22 | 09/15/08 | Unsecured | Laurence Bedford<br>1205 Soquel Avenue<br>Santa Cruz, CA 95062<br><7100-00   General Unsecured § 726(a)(2)>,  610 | $25.00 | $25.00 |
| 23 | 09/16/08 | Priority | Eyemotor Productions<br>PO Box 502<br>New York, NY 10012<br><5300-00   Wages>,  510 | $2,300.00 | $2,300.00 |
| 24 | 09/19/08 | Priority | Office of County Atty for montgomery County, MD<br>101 Monroe Street<br>3rd Floor<br>Rockville, MD 20850<br><5800-00   Claims of Governmental Units>,  570 | $161.13 | $161.13 |
| 25 | 09/19/08 | Unsecured | David Greenberger<br>11 Mowry Avenue<br>Greenwich, NY 12834<br><7100-00   General Unsecured § 726(a)(2)>,  610 | $240.00 | $240.00 |
| 26 | 09/19/08 | Unsecured | Ken Ray<br>420 Silver Lake St.<br>Oconomowo, WI 53066-3762<br><7100-00   General Unsecured § 726(a)(2)>,  610 | $25.00 | $25.00 |
| 27 | 06/13/08 | Unsecured | Michael Schneeberger<br>4782 Woodside Avenue<br>Hamburg, NY 14075-4054<br><7100-00   General Unsecured § 726(a)(2)>,  610 | $34.95 | $34.95 |
| 28 | 10/03/08 | Priority | Daniel Monick Photography<br>2829 West Silver Lake Drive<br>Los Angeles, CA 90039-2628<br><5300-00   Wages>,  510 | $1,300.00 | $1,300.00 |
| 29 | 10/06/08 | Priority | Randy Harward<br>1880 Homestead Farms Lane<br>Apt.#2<br>West Valley City, UT 84119-6169<br><5300-00   Wages>,  510 | $4,630.00 | $4,630.00 |
| 30 | 10/06/08 | Priority | Andy Tennille<br>1505 Gough St.<br>Apt.#9<br>San Francisco, CA 94109<br><5300-00   Wages>,  510 | $3,610.75 | $3,610.75 |

Printed: 09/10/09 12:09 PM                                                                                           Page: 5

# Claims Register

### Trustee: Janet M. Nesse (730060)

**Case:** 08-17856  GUTHRIE, INC.

| Claim Number | Date Filed | Claim Type | Claimant Name / <Category>, Priority | Amount Filed | Amount Allowed |
|---:|---|---|---|---:|---:|
| 31 | 10/09/08 | Unsecured | Jim Millenaar<br>1444 Morro St.<br>San Luis Obispo, CA 93401-4030 | $34.95 | $34.95 |
|  |  |  | <7100-00   General Unsecured § 726(a)(2)>,  610 |  |  |
| 32 | 10/17/08 | Unsecured | Ruth Minnikin<br>13468 Peggy's Cove Road<br>Upper Tantallon,NS B3Z 2J2 | $16.95 | $16.95 |
|  |  |  | <7100-00   General Unsecured § 726(a)(2)>,  610 |  |  |
| 33 | 10/22/08 | Priority | Mark Guarino<br>1238 West Columbia Avenue<br>Chicago, IL 60626 | $300.00 | $300.00 |
|  |  |  | <5300-00   Wages>,  510 |  |  |
| 34 | 11/03/08 | Unsecured | Markku Peltonen<br>Sipoonkatu 6B 35<br>Helsinki 00520 | $33.30 | $33.30 |
|  |  |  | <7100-00   General Unsecured § 726(a)(2)>,  610 |  |  |
| 35 | 11/07/08 | Priority | Jaan Uhelszki<br>51 Northampton Avenue<br>Berkeley, CA 94707 | $7,400.00 | $7,400.00 |
|  |  |  | <5300-00   Wages>,  510 |  |  |
| 36 | 11/12/08 | Priority | Jeaneen Lund<br>5055 Franklin Avenue<br>Los Angeles, CA 90027 | $3,460.00 | $3,460.00 |
|  |  |  | <5300-00   Wages>,  510 |  |  |
| 37 | 06/13/08 | Unsecured | Stuart Nunto<br>352 River Road<br>Hudson, MA 01749-2635 | $240.00 | $240.00 |
|  |  |  | <7100-00   General Unsecured § 726(a)(2)>,  610 |  |  |
| 38 | 11/14/08 | Unsecured | Timothy Parker<br>4906 SE 28th Avenue<br>Apt.#481<br>Portland, OR 97202-4421 | $19.95 | $19.95 |
|  |  |  | <7100-00   General Unsecured § 726(a)(2)>,  610 |  |  |
| 39 | 11/17/08 | Unsecured | Scott Denton<br>417 East 17th St.<br>Tucson, AZ 85702-2815 | $32.95 | $32.95 |
|  |  |  | <7100-00   General Unsecured § 726(a)(2)>,  610 |  |  |

Printed: 09/10/09 12:09 PM                                                                                          Page: 6

# Claims Register

### Trustee: Janet M. Nesse (730060)

**Case:** 08-17856  GUTHRIE, INC.

| Claim Number | Date Filed | Claim Type | Claimant Name / <Category>, Priority | Amount Filed | Amount Allowed |
|---|---|---|---|---|---|
| 40 | 11/17/08 | Unsecured | Gillian Gaar<br>604 11th Avenue East<br>Apt. # 104<br>Seattle, WA 98102-5086 | $432.00 | $432.00 |
| | | | <7100-00   General Unsecured § 726(a)(2)>,  610 | | |
| 41 | 11/18/08 | Priority | Mario I. Ona<br>12403 Wheeling Avenue<br>Upper Marlboro, MD 20772 | $3,000.00 | $3,000.00 |
| | | | <5300-00   Wages>,  510 | | |
| 42 | 11/18/08 | Unsecured | Ted Burton<br>112 Selgrove Cres<br>Oakville, ON L6L 1L3 | $54.95 | $54.95 |
| | | | <7100-00   General Unsecured § 726(a)(2)>,  610 | | |
| 43 | 06/13/08 | Unsecured | JazzTimes, Inc.<br>PO Box 8457<br>Silver Spring, MD 20907 | $55,314.10 | $55,314.10 |
| | | | <7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | | |
| | | | **Case Total:** | **$105,208.88** | **$105,241.63** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-17856
Case Name: GUTHRIE, INC.
Trustee Name: Janet M. Nesse

Claims of secured creditors will be paid as follows:

*Claimant*                  *Proposed Payment*
                 N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | Janet M. Nesse | $ 7,139.40 | $ 3,931.00 |
| *Attorney for trustee* | Stinson Morrison Hecker LLP | $ 5,957.00 | $ 42.40 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*        *Fees*        *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $28,106.59 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | J. Krieger Associate | $ 1,894.71 | $ 1,894.71 |
| 20 | Lisa Littlefield | $ 50.00 | $ 50.00 |
| 23 | Eyemotor Productions | $ 2,300.00 | $ 2,300.00 |
| 24 | Office of County Atty for montgomery County, MD | $ 161.13 | $ 161.13 |
| 28 | Daniel Monick Photography | $ 1,300.00 | $ 1,300.00 |
| 29 | Randy Harward | $ 4,630.00 | $ 4,630.00 |
| 30 | Andy Tennille | $ 3,610.75 | $ 3,610.75 |
| 33 | Mark Guarino | $ 300.00 | $ 300.00 |
| 35 | Jaan Uhelszki | $ 7,400.00 | $ 7,400.00 |
| 36 | Jeaneen Lund | $ 3,460.00 | $ 3,460.00 |
| 41 | Mario I. Ona | $ 3,000.00 | $ 3,000.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,751.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 2 | Jeff Tamarkin | $ 680.00 | $ 680.00 |
| 3 | Salvatore Ribera | $ 10.00 | $ 10.00 |
| 4 | Rodger Cambria | $ 1,500.00 | $ 1,500.00 |
| 5 | Jeffrey Kowalski | $ 11.65 | $ 11.65 |
| 6 | Jeremie Ryckewaert | $ 19.99 | $ 19.99 |
| 7 | Harrington Studio | $ 500.00 | $ 500.00 |
| 8 | Alex Rutt | $ 20.00 | $ 20.00 |
| 9 | Amanda Friedman, Inc. | $ 175.00 | $ 175.00 |
| 10 | Amy Nappi | $ 19.95 | $ 19.95 |
| 11 | Mike Murphy | $ 10.00 | $ 10.00 |
| 12 | Roxie Wade | $ 32.95 | $ 32.95 |
| 13 | Bruce Schurman | $ 27.95 | $ 27.95 |
| 14 | Keith Welle | $ 34.95 | $ 34.95 |
| 15 | Mark Greenhouse | $ 25.00 | $ 25.00 |
| 16 | Bill Spicer | $ 36.00 | $ 36.00 |
| 17 | Jim Speros | $ 34.95 | $ 34.95 |
| 18 | Allen Pasternak | $ 15.29 | $ 15.29 |
| 19 | Steve Rosen | $ 390.00 | $ 390.00 |
| 21 | Brett Rash | $ 17.46 | $ 17.46 |
| 22 | Laurence Bedford | $ 25.00 | $ 25.00 |
| 25 | David Greenberger | $ 240.00 | $ 240.00 |
| 26 | Ken Ray | $ 25.00 | $ 25.00 |
| 27 | Michael Schneeberger | $ 34.95 | $ 34.95 |
| 31 | Jim Millenaar | $ 34.95 | $ 34.95 |
| 32 | Ruth Minnikin | $ 16.95 | $ 16.95 |
| 34 | Markku Peltonen | $ 33.30 | $ 33.30 |
| 37 | Stuart Nunto | $ 240.00 | $ 240.00 |
| 38 | Timothy Parker | $ 19.95 | $ 19.95 |
| 39 | Scott Denton | $ 32.95 | $ 32.95 |
| 40 | Gillian Gaar | $ 432.00 | $ 432.00 |
| 42 | Ted Burton | $ 54.95 | $ 54.95 |

Tardily filed claims of general (unsecured) creditors totaling $ 55,314.10 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 38.2 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 43 | JazzTimes, Inc. | $ 55,314.10 | $ 21,145.91 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**